UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00144

**Octavia Thomas,**
*Plaintiff,*

v.

**Gregg County Jail and Elissa Hugman,**
*Defendants.*

Before BARKER, *District Judge*

### ORDER

Plaintiff filed this civil rights action on March 23, 2020. Doc. 1. The case was referred to United States Magistrate Judge John D. Love. Doc. 3. On May 4, 2020, Judge Love issued a report and recommendation that the case be dismissed with prejudice for purposes of proceeding *in forma pauperis*. Doc. 5. Plaintiff received the report and recommendation on May 11, 2020. Doc. 6. But he did not file any objections. And the court finds no "clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Therefore, the report and recommendation (Doc. 5) is **adopted**. This case is **dismissed** with prejudice for purposes of proceeding *in forma pauperis*. Any outstanding motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on June 15, 2020.*

J. CAMPBELL BARKER
United States District Judge